UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO ANTONIO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MARCELO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01219-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 22) |

On June 29, 2020, Defendants filed a motion to dismiss (Doc. 20) and an opposition to Plaintiff's motion for a preliminary injunction (Doc. 21). Plaintiff requests a 30-day extension of time to file a reply and opposition. (Doc. 22.)

Good cause appearing, the Court GRANTS Plaintiff's request. Plaintiff shall file his reply to the opposition to his motion for a preliminary injunction have no later than **August 8, 2020**. He shall file his opposition to the motion to dismiss no later than **August 22, 2020**.

IT IS SO ORDERED.

Dated:　**July 9, 2020**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE