UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO ANTONIO HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. MARCELO, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-01219-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>(Doc Nos. 28, 40) |

　　　　Plaintiff Marino Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 17, 2020, plaintiff filed a motion to strike all but one of defendants' affirmative defenses asserted in their answer.  (Doc. No. 28.)  Defendants filed an opposition on September 11, 2020, (Doc. No. 31), to which plaintiff filed a reply on September 21, 2020, (Doc. No. 32).

　　　　On January 6, 2021, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's motion be denied because (1) plaintiff's motion was untimely under Federal Rule of Civil Procedure 12(f) and (2) plaintiff failed to allege or demonstrate prejudice arising from defendants' affirmative defenses.  (Doc. No. 40.)  The findings and recommendations were served on plaintiff and provided him 14 days in which to file objections

thereto. (*Id.* at 2.) After receiving an extension of time, plaintiff filed objections on February 16, 2021. (Doc. No. 44.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff does not dispute that his motion was untimely or that he has failed to demonstrate prejudice stemming from defendants' assertion of the affirmative defenses. On the latter point, as the magistrate judge correctly noted, "motions to strike are regarded with disfavor;" therefore, "courts often require a showing of prejudice by the moving party." *S.E.C. v. Sands*, 902 F. Supp. 1149, 1165–66 (C.D. Cal. 1995) (internal quotation marks and citations omitted). Plaintiff has not made such a showing in his motion or in his objections.

Accordingly,

1. The findings and recommendations issued on January 6, 2021 (Doc. No. 40) are adopted in full; and,

2. Plaintiff's motion to strike defendants' affirmative defenses (Doc. No. 28) is denied.

IT IS SO ORDERED.

Dated:  **March 16, 2021**

UNITED STATES DISTRICT JUDGE

2