UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO ANTONIO HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>J. MARCELO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01219-NONE-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS WITH PREJUDICE**<br><br>(Doc. 1)<br><br>14-DAY DEADLINE |

  Previously, the Court dismissed, with leave to amend, Plaintiff's official-capacity deliberate indifference, Americans with Disabilities Act, and Rehabilitation Act claims. (Doc. 46.) The Court dismissed, without leave to amend, Plaintiff's individual-capacity ADA and RA claims. (*Id.*). The Court allowed Plaintiff's individual-capacity deliberate indifference claims to proceed. (*Id.*)

  On April 14, 2021, Plaintiff filed a notice that he wishes to proceed only on the individual-capacity deliberate indifference claims and to dismiss all other claims with prejudice. (Doc. 48.) Accordingly, for the reasons set forth in the findings and recommendations (Doc. 35) and the order adopting the findings and recommendations (Doc. 46), the Court RECOMMENDS that Plaintiff's official-capacity deliberate indifference, ADA, and RA claims be DISMISSED with prejudice.

  These Findings and Recommendations will be submitted to the United States District

Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). <u>Within 14 days</u> of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 27, 2021**              _/s/ Jennifer L. Thurston_
                                         CHIEF UNITED STATES MAGISTRATE JUDGE