UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO ANTONIO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. MARCELO, et al.,<br><br>Defendants. | No. 1:19-cv-01219-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. No. 49) |

Plaintiff Marino Antonio Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2021, the court granted defendants' motion to partially dismiss the complaint (Doc. No. 20), dismissing plaintiff's official-capacity claims with leave to amend and dismissing plaintiff's individual-capacity claims under the Americans with Disabilities Act and the Rehabilitation Act *without* leave to amend. (Doc. No. 46.) The court allowed plaintiff's individual-capacity claims of deliberate indifference to serious medical needs to proceed. (*Id.* at 3.) On April 14, 2021, plaintiff filed a notice that he wishes to proceed only on the individual-capacity claims of deliberate indifference to serious medical needs and to dismiss his remaining claims with prejudice. (Doc. No. 48.)

///

Therefore, on April 27, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's official-capacity claims be dismissed with prejudice. (Doc. No. 49.) The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 27, 2021 (Doc. No. 49) are adopted in full;

2. Plaintiff's official-capacity claims are dismissed with prejudice;

3. This case shall proceed on plaintiff's individual-capacity claims for deliberate indifference to serious medical needs in violation of the Eighth Amendment, pursuant to 42 U.S.C. § 1983; and,

4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__                          _____
                                                  UNITED STATES DISTRICT JUDGE