UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO HERNANDEZ ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>J. MARCELO, et al.,<br><br>Defendants. | Case No. 1:19-cv-01219-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 58) |

Defendants move to modify the Court's discovery and scheduling order to extend the discovery and dispositive-motion deadlines. (Doc. 58.) The current deadlines are December 8, 2021, and February 7, 2022, respectively. (Doc. 55.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here. Upon review of Defendants' motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, the Court ORDERS:

1. Defendants' motion to modify the discovery and scheduling order (Doc. 58) is GRANTED;
2. The deadline for completing all discovery, including filing motions to compel, is extended to March 8, 2022; and,
3. The deadline for filing pretrial dispositive motions is extended to May 6, 2022.

All other deadlines from the Court's original discovery and scheduling order (Doc. 55) remain in effect.

IT IS SO ORDERED.

    Dated: __**November 22, 2021**__          _____ **/s/ Jennifer L. Thurston**
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE