UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO HERNANDEZ ANTONIO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. MARCELO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-01219-JLT-BAK (EPG) (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINE AND DISPOSITIVE-MOTION DEADLINE BY SEVENTY-FIVE DAYS<br><br>(ECF No. 62) |

Good cause appearing, Defendants' motion to modify the July 8, 2021, Scheduling Order (ECF No. 55), as modified (ECF No. 59), to extend the March 8, 2022, deadline to complete discovery, and the May 6, 2022, dispositive-motion deadline by seventy-five days (ECF No. 62) is GRANTED.

The deadline to complete discovery, including the filing of motions to compel, is May 20, 2022.  Dispositive motions shall be filed and served on or before July 20, 2022.

However, given that the Court has now extended these deadlines by over five months, and that this motion is largely based upon the fact that defense counsel was recently assigned to a new case that is complex, the Court will not grant Defendants any further extensions of these deadlines.

In all other respects, the July 8, 2021, Scheduling Order remains in full force and effect.

IT IS SO ORDERED.

Dated:  **February 8, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE