1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

MARINO HERNANDEZ ANTONIO,

Plaintiff,

v.

J. MARCELO, et al.,

Defendants.

Case No. 1:19-cv-01219-JLT-BAK (EPG) (PC)

**ORDER GRANTING DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF**

(ECF No. 75)

17
18

Plaintiff Marino Hernandez Antonio is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

19
20
21

On July 20, 2022, Defendants J. Marcelo and N. Ndu[1] filed a motion for summary judgment. (ECF No. 65.) The motion addresses the merits of Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants. (*Id.*)

22
23
24

On August 1, 2022, Plaintiff filed a motion for an extension of time within which to respond to Defendants' motion. (ECF No. 68.) On August 3, 2022, the Court granted Plaintiff's request. (ECF No. 69.)

25
26

On August 31, 2022, Plaintiff filed his opposition to the motion for summary judgment. (ECF No. 71.)

27

//

28

---

[1] Defendant Nkiruka Ndu, M.D., was erroneously sued as Nkiruka Akabike. (*See* ECF No. 24.)

On September 28, 2022, Defendants filed a motion for administrative relief, seeking a 14-day extension of the deadline for filing a reply to Plaintiff's opposition, to and including October 19, 2022. (ECF No. 75.)

For good cause shown, Defendants' motion for administrative relief (ECF No. 75) is **GRANTED**. Defendants shall have to and including **October 19, 2022**, within which to file their reply to Plaintiff's opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **September 29, 2022**                 /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE